# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

MEIYU CUI, ET AL.,
*Plaintiff*

V.                              **SUMMONS IN A CIVIL CASE**

YOU CHUN PALISADES CORPORATION, ET AL.,
*Defendant*

CASE NUMBER: **2:11-CV-05243-SRC -MAS**

TO: *(Name and address of Defendant):*

YOU CHUN PALISADES CORPORATION
c/o NAM JE PARK
135 BROAD AVE.
PALISADES PARK, NJ 07650

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -– or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) –- you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK



**LEROY DUNBAR**

(By) DEPUTY CLERK

**ISSUED ON 2011–09–14 11:58:19.0**, Clerk
USDC NJD

# RETURN OF SERVICE

Service of the Summons and complaint was made by me [1]   DATE 9/21/11 at 10:45 AM

NAME OF SERVER (PRINT) Tugrul Turna   TITLE Process Server

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: You Chun Palisades Corporation, 135 Broad Ave. Palisades Park, NJ 07650, Accepted By Nam Je Park Owner

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9/21/11
              Date

Signature of Server   Tugrul Turna

Address of Server
1359 Littleton Rd.
Morris Plains, NJ 07950