UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MEIYU CUI, JISHUN JIANG, and<br>SEGUNDO TAMAY,<br>　　　　Plaintiff(s)<br><br>v.<br><br>YOU CHUN PALISADES<br>CORPORATION and NAE JE PARK<br>　　　　Defendant(s) | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br>2:11-CV-05243-SRC-MAS |

U.S. DISTRICT COURT

2011 OCT 19  P 3: 52

**APPLICATION FOR EXTENSION OF TIME TO
ANSWER, MOVE, OR OTHERWISE REPLY
[Local Civil Rule 6.1(b)]**

Application is hereby made for a Clerk s Order extending

time within which defendant(s) ___YOU CHUN PALISADES COPORATION and NAM JE PARK___

may answer, move, or otherwise reply to the Complaint filed by 10-19-2011

plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on ___9-21-2011___ ; and
3. Time to Answer, Move or otherwise Reply expires on ___10-12-2011___ .
4. Plaiitff counsel had agreed to stipulate and consent to extend time to answer by 10-19-2011.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Peter H. Kim (PHK-5194)
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant(s)
　　　　　　　　　　　　　　　　　　　　　460 Bergen Blvd., Suite 300
　　　　　　　　　　　　　　　　　　　　　Palisades Park, NJ 07650

_____

ORDER

　　The above application is ORDERED GRANTED extended to_____ .
ORDER DATED: _____

　　　　　　　　　　　　　　　　　　　　WILLIAM T. WALSH, Clerk

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk