UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------X

MEIYU CUI, JISHUN JIANG and SEGUNDO
TAMAY,

                       Plaintiffs,

           -against-

YOU CHUN PALISADES CORPORATION and
NAM JE PARK,

                       Defendants.
------------------------------------------------------------X

Case No.:2:11-CV-05243

STIPULATION EXTENDING
TIME TO ANSWER

IT IS HEREBY STIPULATED between the parties that the time to Answer the Complaint has been extended to October 19, 2011.

A facsimile of this Stipulation shall be deemed an original for all purposes.

Dated: Palisades Park, NJ
        October 12, 2011

ASIAN AMERICAN LEGAL DEFENSE
And EDUCATION FUND

By: Shirley Lin, Esq.
Attorney for Plaintiffs
99 Hudson Street, 12th floor
New York, NY 10013
Tel: (212)966-5932
Fax: (212)966-4303

LAW OFFICES OF PETER H. KIM PC

By: Peter H. Kim, Esq. (PHK5194)
Attorney for Defendants
460 Bergen Blvd., suite 300
Palisades Park, NJ 07650
Tel: (201)461-1400
Fax: (201)461-1601